UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:19-06156 PA (ADS)     Date: December 28, 2020

Title: *Monica H. Benavidez v. Janel Espinoza*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):     Attorney(s) Present for Respondent(s):
None Present     None Present

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO FILE REQUIRED DOCUMENT**

Before the Court is Petitioner Monica H. Benavidez's Petition for Writ of Habeas Corpus by a Person in State Custody. [Dkt. No. 1]. On December 7, 2020, the Court issued an Order Setting Briefing Schedule, ordering Respondent to file the Memorandum of Points and Authorities accompanying the Answer by no later than December 21, 2020. [Dkt. No. 9]. Respondent has not timely filed the Memorandum or otherwise communicated with the Court since the Court's Order.

**By no later than January 11, 2021,** Respondent is ordered to show cause in writing why she should not be sanctioned for failure to file the Memorandum and failure to follow court orders. See L.Rs. 7-12, 83-7.

**IT IS SO ORDERED.**

Initials of Clerk kh