UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA H. BENAVIDEZ,<br><br>     Petitioner,<br><br>     v.<br><br>JANEL ESPINOZA, Warden,<br><br>     Respondent. | Case No. 2:19-06156 PA (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Answer, Petitioner's Traverse, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated March 8, 2021 [Dkt. No. 16].

  Finding no objections on file, IT IS HEREBY ORDERED:

  1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 16] is accepted;

  2. The Petition is denied and this case is dismissed with prejudice;

3. Petitioner's request for an evidentiary hearing [Dkt. No. 8, pp. 2, 27-28] is denied; and

4. Judgment is to be entered accordingly.

DATED: April 14, 2021

_____
PERCY ANDERSON
United States District Judge