JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA H. BENAVIDEZ, | Case No. 2:19-06156 PA (ADS) |
| Petitioner, | JUDGMENT |
| v. | |
| JANEL ESPINOZA, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case,

IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: April 14, 2021

_____
PERCY ANDERSON
United States District Judge